UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| QUINTINA CHENEAU | CIVIL ACTION |
| VERSUS | NO. 14-0384 |
| BANK OF AMERICA NA, et al. | SECTION: "G"(4) |

### ORDER

Considering the representations of the parties made at the January 26, 2015 hearing on Plaintiff Quintina Cheneu's "Motion for Preliminary Injunction,"[1]

**IT IS HEREBY ORDERED** that the above-captioned matter be **ADMINISTRATIVELY CLOSED** until October 4, 2015.

**IT IS FURTHER ORDERED** that all pending motions in this matter are **DENIED WITHOUT PREJUDICE** and may be re-urged when the case is reopened.

**NEW ORLEANS, LOUISIANA**, this 27th day of January, 2015.

*[signature]*
**NANNETTE JOLIVETTE BROWN**
**UNITED STATES DISTRICT JUDGE**

---

[1] Rec. Doc. 28.