UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

QUINTINA CHENEAU                                      CIVIL ACTION

VERSUS                                                NO. 14-0384

BANK OF AMERICA NA, et al.                            SECTION: "G"(4)

ORDER

Pursuant to this Court's prior order administratively closing this case until October 4, 2015,[1]

**IT IS HEREBY ORDERED** that the above-captioned matter be **REOPENED**.

**IT IS FURTHER ORDERED** that the parties shall contact the case manager to set a scheduling conference.

**NEW ORLEANS, LOUISIANA**, this _5th_ day of October, 2015.

                                    _____
                                    **NANNETTE JOLIVETTE BROWN**
                                    **UNITED STATES DISTRICT JUDGE**

---

[1] Rec. Doc. 63.